THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tammy Gregory,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-420
Submitted April 21, 2004  Filed June 
 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 S.C. Office of Appellate Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, 
 Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent. 
 
 
 

PER CURIAM:  Tammy Gregory appeals the revocation 
 of her probation on a charge of filing false claims. Counsel for Gregory attached 
 to the final brief a petition to be relieved as counsel. Gregory did not file 
 a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Gregorys 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.